Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, <br><br> Plaintiff, <br><br> vs. <br><br> DOUA XIONG, individually and dba XIONG PHO N SEAFOOD RESTAURANT, et al., <br><br> Defendants. | No. 1:17-cv-00380-DAD-SKO <br><br> **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** <br><br> **(Doc. 8)** |

1     **WHEREAS,** a Mandatory Scheduling Conference in this matter is set for June 22, 2017 (Dkt. 3);

    **WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff"), and Defendants, Doua Xiong, individually and dba Xiong Pho N Seafood Restaurant; and Khoua Xiong, individually and dba Xiong Pho N Seafood Restaurant ("Defendants," and together with Plaintiff, "the Parties") are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve Court resources and attorney's fees;

    **NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for June 22, 2017 to a date at the Court's convenience on or after July 21, 2017.

Dated: June 12, 2017                          MISSION LAW FIRM, A.P.C.

                                          */s/ Zachary M. Best*
                                          Zachary M. Best
                                          Attorneys for Plaintiff,
                                          Jose Trujillo

Dated: June 12, 2017                          OWDOM LAW FIRM

                                          */s/ Matthew D. Owdom*
                                          Matthew D. Owdom
                                          Attorneys for Defendants,
                                          Doua Xiong, individually and dba Xiong
                                          Pho N Seafood Restaurant; and Khoua
                                          Xiong, individually and dba Xiong Pho N
                                          Seafood Restaurant

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | The parties having so stipulated and good cause appearing, |
| 3 | IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for |
| 4 | June 22, 2017 is continued to August 17, 2017 at 10:15 a.m. in Courtroom 7, before Magistrate |
| 5 | Judge Sheila K. Oberto. The parties are to file their Joint Scheduling Report no later than seven |
| 6 | days prior to the conference. |
| 7 | |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: **June 14, 2017** /s/ *Sheila K. Oberto* |
| 10 | UNITED STATES MAGISTRATE JUDGE |