Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:17-cv-00380-DAD-SKO |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| vs. | |
| DOUA XIONG, individually and dba XIONG PHO N SEAFOOD RESTAURANT, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants, Doua Xiong, individually and dba Xiong Pho N Seafood Restaurant; and Khoua Xiong, individually and dba Xiong Pho N Seafood Restaurant (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated November 21, 2017 (Dkt. 19) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

//

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

Page 1

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: December 8, 2017      MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo

Dated: December 8, 2017      OWDOM LAW FIRM

*/s/ Matthew D. Owdom*
Matthew D. Owdom
Attorneys for Defendants,
Doua Xiong, individually and dba Xiong Pho N Seafood Restaurant; and Khoua Xiong, individually and dba Xiong Pho N Seafood Restaurant

## **ORDER**

Pursuant to the parties' above stipulation, **IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was attached to the stipulation (Doc. 21, Ex. A), within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **December 11, 2017**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE